UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | INFORMATION |
| ) | CR 416-109 |
| MAINOR REYES  ) | |
| ) | |
| Defendant  ) | |

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 JUL 17 PM 12:40
CLERK
SO. DIST. OF GA.

## ORDER

The Government's motion to dismiss the foregoing Information without prejudice is GRANTED.

SO ORDERED, this 17th day of July, 2018.

_____
HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA